Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, and its JOINT BOARD OF TRUSTEES; LES PROTEAU and CHARLES DEL MONTE, TRUSTEES;<br><br>Plaintiffs,<br><br>v.<br><br>SPECTRUM PAINTING & DECORATING, INC., a California Corporation, *aka* SPECTRUM PAINTING; and DAVID MIN HANG CHAN, individually,<br><br>Defendants. | Case No.: C11-2850 SC<br><br>REQUEST FOR ENTRY OF CONDITIONAL DISMISSAL WITHOUT PREJUDICE;<br><br>DECLARATION OF MURIEL B. KAPLAN IN SUPPORT THEREOF;<br><br>[PROPOSED] ORDER THEREON |

For good cause shown below, Plaintiffs herein respectfully request that the Court vacate the calendar in this Action, and conditionally dismiss this matter without prejudice in sixty (60) days pending the completion of the audit report and payment from Defendants as anticipated.

1.   As the Court's records will reflect, this action was filed to compel Defendants to provide complete records for examination pursuant to the terms of the Collective Bargaining Agreement. Service on Defendants was effectuated on June 22, 2011. A Proof of Service of Summons was filed with the Court on June 24, 2011.

2.   On December 13, 2010, Defendants had scheduled an audit, but failed to provide all documents requested. Demands were sent to Defendants on February 16, 2011, and again on March 2, 2011, for the missing documents.

-1-
REQUEST FOR ENTRY OF CONDITIONAL DISMISSAL WITHOUT PREJUDICE
Case No.: C11-2850 SC

3.   Another inspection was scheduled for June 2, 2011 for the Funds' auditor to review the missing documents. However, when the Fund auditor arrived, Defendants did not provide the requested documents, and provided the same sporadic documents as originally submitted last year.

4.   Plaintiffs filed suit on June 10, 2011, and as a result, on June 27, 2011, Defendants finally submitted all required documentation to complete the audit.

5.   The auditor is in the process of analyzing the documents to produce an audit report. I am advised that this process will take approximately one month. After the report is completed, the auditor will send a draft copy to Defendants for review, giving Defendants the opportunity to request any clarifications or oppose any findings in the draft report. In the event that any issues exist, the parties will attempt to resolve them informally.

6.   In anticipation of receipt of the audit report and payment, if any is due, Plaintiffs respectfully request that the Court conditionally dismiss this matter without prejudice in sixty (60) days.

7.   Should Defendants fail to make payment, or the matter otherwise remains unresolved, Plaintiffs will ask that the Court reopen this Matter, and Plaintiffs may move for a Summary Judgment.

8.   Plaintiffs have not previously filed or dismissed any similar action against Defendants and Defendants have not moved for summary judgment.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 31st day of August, 2011, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

1  IT IS SO ORDERED.

2      This case shall be dismissed without prejudice on October 30, 2011, on the condition that

3  Defendants submit payment for audit and thereafter clears the bank upon which it is drawn.

4

5  Date: _____        _____

6                                      THE HONORABLE SAMUEL CONTI

*Denied/ Case to be put on Court's Status Calendar Sept 9/11*

*Samuel Conti US DJ*

-3-
**REQUEST FOR ENTRY OF CONDITIONAL DISMISSAL WITHOUT PREJUDICE**
**Case No.: C11-2850 SC**

## PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **August 31, 2011**, I served the following document(s):

**REQUEST FOR ENTRY OF CONDITIONAL DISMISSAL WITHOUT PREJUDICE;**

**DECLARATION OF MURIEL B. KAPLAN IN SUPPORT THEREOF;**

**[PROPOSED] ORDER THEREON**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:

| | |
|---|---|
| Spectrum Painting & Decorating, Inc. *aka* Spectrum Painting 5 Woodcrest Court Hillsborough, California 94010 | David Min Hang Chan 5 Woodcrest Court Hillsborough, California 94010 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed **August 31, 2011**, at San Francisco, California.

/s/<br>
Qui Lu<br>
Paralegal

P:\CLIENTS\PATCL\Spectrum Painting\Pleadings\Complaint - Audit\C11-2850 SC - Request for Conditional Dismissal 083111.doc

-1-
**PROOF OF SERVICE**
Case No.: C11-2850 SC