Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, and its JOINT BOARD OF TRUSTEES; LES PROTEAU and CHARLES DEL MONTE, TRUSTEES;<br><br>Plaintiffs,<br><br>v.<br><br>SPECTRUM PAINTING & DECORATING, INC., a California Corporation, *aka* SPECTRUM PAINTING; and DAVID MIN HANG CHAN, individually,<br><br>Defendants. | Case No.: C11-2850 SC<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF MURIEL B. KAPLAN IN SUPPORT THEREOF**<br><br>Date:     December 9, 2011<br>Time:    10:00 a.m.<br>Ctrm:    1, 17th Floor<br>            450 Golden Gate Avenue<br>            San Francisco, California 94102<br>Judge:   The Honorable Samuel Conti |

Plaintiffs respectfully request that the Case Management Conference scheduled for December 9, 2011, at 10:00 a.m., be continued for approximately sixty (60) days, as follows:

1. A Complaint was filed in this action on June 10, 2011, and served thereafter, to compel an audit of Defendants' records by Plaintiffs.

2. Thereafter, Defendants did schedule the audit with the Funds' auditor, who reviewed some necessary documents, but awaited receipt from Defendants of further information. All documents have now been received.

3. The auditor analyzed the documents and produced a draft audit report, which was sent to Defendants for review. Defendants had ten (10) days to oppose the audit findings and

provide documentation in support. Defendants did not oppose the report, and as a result, on October 21, 2011, the report was finalized and sent to the fund administrator for billing.

4. On October 26, 2011, Plaintiffs sent a demand letter to Defendants for payment on the audit. Defendants responded by stating that their May 2011 contribution payment was not credited, and provided documentation to confirm that partial payment had been made, subsequent to the auditor's review. The fund administrator has recently verified receipt of the partial payment.

5. Once the audit report is revised and finalized, Defendants will have the option to either (1) pay the amounts found due on the revised audit in full or (2) request a payment plan.

6. Therefore, there is nothing for the Court to consider at this time, and Plaintiffs respectfully request that the Court continue the Case Management Conference for a period of sixty (60) days to allow sufficient time (considering the intervening holidays) for the audit report to be revised, the matter to be resolved between the parties, or for Plaintiffs' filing of a Motion for Summary Judgment.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true to the best of my knowledge and belief.

Executed this 1st day of December, 2011 at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

The Case Management Conference in this action is hereby continued to March 9, 2012. All related deadlines are extended accordingly.

Dated: 12/2/2011

_____
UNITED STATES DISTRICT JUDGE