Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, and its JOINT BOARD OF TRUSTEES; LES PROTEAU and CHARLES DEL MONTE, TRUSTEES;<br><br>  Plaintiffs,<br><br> v.<br><br>SPECTRUM PAINTING & DECORATING, INC., a California Corporation, *aka* SPECTRUM PAINTING; and DAVID MIN HANG CHAN, individually,<br><br>  Defendants. | Case No.:  C11-2850 SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |
|---|---|

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs BAY AREA PAINTERS AND TAPERS TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendants SPECTRUM PAINTING & DECORATING, INC., a California corporation also known as SPECTRUM PAINTING, and DAVID MIN HANG CHAN, an individual.  Defendants have not moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

/ / /

/ / /

/ / /

/ / /

-1-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C11-2850 SC

P:\CLIENTS\PATCL\Spectrum Painting\Pleadings\Complaint - Audit\C11-2850 SC - Notice of Voluntary Dismissal 032812.DOC

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 28th day of March, 2012, at San Francisco, California.

4  SALTZMAN & JOHNSON
   LAW CORPORATION
5
6  By: _____/s/_____
   Muriel B. Kaplan
   Attorneys for Plaintiffs
7

8  IT IS SO ORDERED.
9  This case is dismissed without prejudice.

10
11 Date:___3/29/12_____     _____
12                               UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

-2-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C11-2850 SC**

P:\CLIENTS\PATCL\Spectrum Painting\Pleadings\Complaint - Audit\C11-2850 SC - Notice of Voluntary Dismissal 032812.DOC

<u>PROOF OF SERVICE</u>:

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On March 28, 2012, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by <u>First Class U.S. Mail</u> by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Spectrum Painting & Decorating, Inc.**  
> *aka* **Spectrum Painting**  
> **5 Woodcrest Court**  
> **Hillsborough, California 94010**
>
> **David Min Hang Chan**  
> **5 Woodcrest Court**  
> **Hillsborough, California 94010**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 28th day of March, 2012, at San Francisco, California.

_____/s/_____
Qui X. Lu